**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Kevin Alberto Romero Cornejo
Petitioner

CIVIL ACTION

V.

NO. 1:26-cv-13871-ADB

Todd Blanche et al
Respondents

**ORDER OF DISMISSAL**

Burroughs, D. J.

In accordance with the Court's Electronic Order dated September 4, 2026, no amended Petition having been filed, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.

By the Court,

September 30, 2026
Date

/s/Caetlin McManus
Deputy Clerk